IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ARNOLD ESPARZA GONZALEZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IDAHO DEPT. OF CORRECTIONS, SGT. )<br>DORSEY, MS. CORSEY, MR. ACOSTA, )<br>MR. J. SANDS, OFFICER KERR, SGT. )<br>GUTIERREZ, BAKER, FOWLER, MUNK, )<br>TOBAR, WIDEMAN, )<br>)<br>Defendants. )<br>_____) | Case No. CV-04-572-S-BLW<br><br>**ORDER** |

Currently pending before the Court are various motions filed by Plaintiff. Having reviewed the motions and any responses and replies, the Court enters the following Order.

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion for Legal Assistance (Docket No. 14) is DENIED for lack of a sound legal basis. Plaintiff must litigate his case within the policies and procedures of IDOC. An inmate's inability to more fully litigate his claims are "incidental (and perfectly

**ORDER  1**

constitutional) consequences of conviction and incarceration." *Lewis v. Casey*, 518 U.S. 343, 355 (1996).  Plaintiff should do the best he can with the legal arguments.  He should be sure to provide the *facts* supporting his claims to the Court.  The Court thoroughly researches all legal issues before issuing a decision on any pending motion.

IT IS FURTHER HEREBY ORDERED that Plaintiff's Motion Seeking Ruling on Submitted Pleadings (Docket No. 25) is MOOT; the Court has denied his Motion for a Legal Assistant.

IT IS FURTHER HEREBY ORDERED that Plaintiff's Motion for Extension of Time (Docket No. 26) is GRANTED.  Plaintiff shall have until **July 15, 2005**, in which to file responses to the pending Motion for Summary Judgment and Motion to Dismiss.

DATED:  **June 13, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**ORDER  2**