IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ARNOLD ESPARZA GONZALES, ) | |
| ) | Case No. CV-04-572-S-BLW |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| IDAHO DEPARTMENT OF CORRECTIONS, ) | |
| SGT. DORSEY, MS. CORSEY, MR. ACOSTA,) | |
| MR. J. SANDS, OFFICER KERR, SGT. ) | |
| GUTIERREZ, BAKER, FOWLER, MUNK, ) | |
| TOBAR, WIDEMAN, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

On November 2, 2006, the Court entered an Order dismissing this action without prejudice. Based upon the Order dismissing the action, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED without prejudice.

DATED: **November 3, 2006**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**